No. 79–521. CONSUMER PRODUCT SAFETY COMMISSION ET AL. *v.* GTE SYLVANIA, INC., ET AL. C. A. 3d Cir. Certiorari granted.

No. 79–143. MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–209. BENEFIELD *v.* FLORDIA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 79–252. LASKY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–268. GIESE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–272. BROWN ET AL. *v.* TRAUB, JUDGE. Sup. Ct. N. M. Certiorari denied.

No. 79–288. VANCE *v.* BARKSDALE, SHERIFF, ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–317. SHELL OIL CO. *v.* OLSEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–356. ERICKSON *v.* UNITED STATES; and
No. 79–5304. WILSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 601 F. 2d 296.

No. 79–389. STOUT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–403. CRUMPACKER *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION ET AL. Sup. Ct. Ind. Certiorari denied.

No. 79–418. LINCOLN SCHOOL DISTRICT No. 48 *v.* MARSHALL, SECRETARY OF LABOR. C. A. 8th Cir. Certiorari denied.